**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jonathon C. Braasch, | Civil No. 08-4250 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Metropolitan Life Insurance Company, | |
| Defendant. | |

---

The Court having been advised by counsel that the above-entitled action has been settled, **IT IS ORDERED** under and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this case is **DISMISSED WITH PREJUDICE**.  All parties shall incur their own costs and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 5, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge